

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2014

No. 04-14-00797-CR

**IN RE** Ismael **DIAZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

On November 17, 2014, relator filed a pro se petition for writ of mandamus. This court has determined that we do not have jurisdiction over this petition. Accordingly, the petition is DISMISSED FOR LACK OF JURISDICTION. Relator's request for leave to file the petition for writ of mandamus is DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on November 19, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 96-CR-170, styled *The State of Texas v. Ismael Diaz Jr.*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Ana Lisa Garza presiding.